

OKED 442 (Rev 09/15)

RECEIVED
U.S. MARSHALS
EASTERN OKLAHOMA
2019 FEB 15  AM 9:57

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America<br>v.<br><br>TEION ENLYN VANDAMM<br>*Defendant* | )<br>)<br>)<br>) Case No. CR-19-19-RAW<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**TEION ENLYN VANDAMM**

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 – Possession with Intent to Distribute Cocaine

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 11 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

DATE: 02/13/2019
Muskogee, Oklahoma

*WARRANT ISSUED:*
PATRICK KEANEY, Clerk

By: _Nick Dan_____
*Deputy Clerk*

### Return

This warrant was received on *(date)* 2/15/19, and the person was arrested on *(date)* 7/10/19
at *(city and state)* Baltimore, MD

Date: _____

_____
*Arresting officer's signature*

Candelario Polendo
*Printed name and title*